IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lowe, Zeno L

Printed: 01/29/09

Case Number:  08 B 26032
Judge:  Wedoff, Eugene R
Filed:  9/29/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 18, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Commonwealth Edison | Unsecured | 167.65 | 0.00 |
| 2. | Armor Systems Co | Unsecured | 26.67 | 0.00 |
| 3. | Peoples Energy Corp | Unsecured | 247.21 | 0.00 |
| 4. | Devon Financial Services Inc | Unsecured | 59.23 | 0.00 |
| 5. | Internal Revenue Service | Unsecured | 987.33 | 0.00 |
| 6. | Northern Indiana Public Ser | Unsecured | 33.78 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 8. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 9. | Internal Revenue Service | Priority |  | No Claim Filed |
| 10. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 11. | Internal Revenue Service | Priority |  | No Claim Filed |
| 12. | Cardiac Billing Services | Unsecured |  | No Claim Filed |
| 13. | Comcast | Unsecured |  | No Claim Filed |
| 14. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 15. | Marquette Radiology Associates | Unsecured |  | No Claim Filed |
| 16. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 17. | AFNI | Unsecured |  | No Claim Filed |
| 18. | Holy Cross Hospital | Unsecured |  | No Claim Filed |
| 19. | Little Company Of Mary Hospital | Unsecured |  | No Claim Filed |
| 20. | Hari Agrawal MD | Unsecured |  | No Claim Filed |
| 21. | M3 Financial Services | Unsecured |  | No Claim Filed |
| 22. | Holy Cross Hospital | Unsecured |  | No Claim Filed |
| 23. | Medical Collections | Unsecured |  | No Claim Filed |
| 24. | Medical Collections | Unsecured |  | No Claim Filed |
| 25. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 26. | Midwest Cardiac Center | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lowe, Zeno L

Printed: 01/29/09

Case Number: 08 B 26032
Judge: Wedoff, Eugene R
Filed: 9/29/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 28. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 29. | MRSI | Unsecured | | No Claim Filed |
| 30. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 31. | Orizon Pathology Foundation | Unsecured | | No Claim Filed |
| 32. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 33. | MRSI | Unsecured | | No Claim Filed |
| 34. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 35. | Leading Edge | Unsecured | | No Claim Filed |
| 36. | Preferred Open MRI | Unsecured | | No Claim Filed |
| 37. | Trust Receivable Services | Unsecured | | No Claim Filed |
| 38. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 39. | Weiss Memorial Hospital | Unsecured | | No Claim Filed |
| 40. | The Bureaus | Unsecured | | No Claim Filed |
| 41. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| | | | $ 1,521.87 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

